UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 ZINA THOMAS,
    a/k/a ZINA MORGAN,

        Defendant.
_____/

CRIMINAL NO. 25-CR-20649

HON. ROBERT J. WHITE

VIOLATION:
18 U.S.C. § 666 (Federal Program Bribery)

## ACKNOWLEDGMENT OF INFORMATION

I, Zina Thomas, the defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count One

18 U.S.C. § 666, Federal Program Bribery.

Punishable by up to 10 years' incarceration, up to $250,000 fine, or twice the pecuniary gain or loss, or both.



_____
Zina Thomas
Defendant



1

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                          _____
                                          W. Otis Culpepper
                                          Attorney for Defendant

Dated: *[signed]* Stefan Cooper (P4332?) 9-8-25

For W. Otis Culpepper