

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
SEP 11 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-2 JONTAE JACKSON,

        Defendant.

_____/

CRIMINAL NO. 25-CR-20649

HON. ROBERT J. WHITE

VIOLATIONS:
18 U.S.C. § 371
(Conspiracy)
18 U.S.C. § 1028A
(Aggravated Identify Theft)

## ACKNOWLEDGMENT OF INFORMATION

I, Jontae Jackson, the defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count Two

18 U.S.C. § 371, Conspiracy to Commit Federal Program Bribery:

Punishable by up to 5 years' incarceration, up to $250,000 fine, or twice the pecuniary gain or loss, or both.

1

## Count Three

18 U.S.C. § 1028A, Aggravated Identity Theft:

Punishable by 2 years' incarceration, consecutive to any term of imprisonment

on Count Two, up to $250,000 fine, or twice the pecuniary gain or loss, or both.

_____
Jontae Jackson
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Vincent J. Toussaint, Esq.
Attorney for Defendant

Dated: 9/11/2025

2